FILED
SEP 1 4 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAUL CHANCE KINNISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA-08-CV-421-XR |
| | § | |
| CITY OF SAN ANTONIO, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

**QUESTION NO. 1**

What sum of money, if any, paid now in cash, would fairly and reasonably compensate Paul Chance Kinnison for his damages, if any, that resulted from the demolition of the structures on his property by the city of San Antonio?

Consider the following elements of damages, if any, and none other. Do not add any amount for interest on damages, if any. Answer separately in dollars and cents for damages, if any.

The difference, if any, between the market value of the property at 332 E Myrtle St. immediately before the structures were demolished, and the market value of the property at 332 E Myrtle St. immediately after the structures were demolished.

ANSWER IN DOLLARS AND CENTS.

ANSWER: 52,000.00

SO SAY WE ALL.

_____
FOREPERSON

DATED: Sept 14, 2010

1